**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MANFRED HACKER,

10            Plaintiff,                          No. C 08-02115 JSW

11      v.

12   YAHOO,                                       **ORDER OF RECUSAL**

13            Defendant.

     _____/

14

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      I, the undersigned judge of the court, finding myself disqualified in the above-entitled

17   action, hereby recuse myself from this case and request that the case be reassigned pursuant to

18   the provisions of paragraph E.2 of the Assignment Plan.

19

20      **IT IS SO ORDERED.**

21

22   Dated:  April 25, 2008                    _____
                                               JEFFREY S. WHITE
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28