1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SPENCER A. BURKHOLZ (147029)
   HENRY ROSEN (156963)
3  ANNE L. BOX (224354)
   LAURIE L. LARGENT (153493)
4  MARY K. BLASY (211262)
   JULIE A. WILBER (246949)
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7  spenceb@csgrr.com
   henryr@csgrr.com
8  anneb@csgrr.com
   llargent@csgrr.com
9  maryb@csgrr.com
   jwilber@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re YAHOO! INC. | Master File No. 3:08-cv-02115-CW |
| | CLASS ACTION |
| This Document Relates To: | |
| | NOTICE OF APPEARANCE OF COUNSEL |
| ALL ACTIONS. | FOR PLAINTIFFS |

1  Please take notice of the appearance of Spencer A. Burkholz, Henry Rosen, Anne L. Box, Laurie L. Largent, Mary K. Blasy and Julie A. Wilber of Coughlin Stoia Geller Rudman & Robbins LLP, counsel on behalf of plaintiffs, in this action. The Court and counsel are requested to update their service lists with these attorneys' information as provided on the caption page of this Notice.

DATED: April 28, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
ANNE L. BOX
LAURIE L. LARGENT
MARY K. BLASY
JULIE A. WILBER

          s/ SPENCER A. BURKHOLZ
         SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

S:\CasesSD\Yahoo\NOT00050943.doc

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS - 3:08-cv-02115-CW          - 1 -

1                                           CERTIFICATE OF SERVICE

2          I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

         I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2008.

                                         s/ SPENCER A. BURKHOLZ
                                         SPENCER A. BURKHOLZ

                                         COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                         655 West Broadway, Suite 1900
                                         San Diego, CA 92101-3301
                                         Telephone: 619/231-1058
                                         619/231-7423 (fax)

                                         E-mail: spenceb@csgrr.com

# Mailing Information for a Case 3:08-cv-02115-CW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nicholas J Licato , Jr**
  nlicato@scott-scott.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Alan I. Ellman
Labaton Sucharow LLP
100 Park Avenue
New York, NY 10017

Andrei V. Rado
Christopher J. Keller
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Mark I. Labaton
Kreindler and Kreindler LLP
707 Wilshire Blvd., Suite 400
Los Angeles, CA 90017

Anna Erickson White
Morrison & Foerster
755 Page Mill Rd.
Palo Alto, CA 94304-1018

Mark R.S. Foster
Jordan Eth
Judson E. Lobdell
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Robert Sugarman
Sugarman & Susskind
100 Miracle Mile, Suite 300
Coral Gables, FL 33134

1. Spencer A. Burkholz
   Henry Rosen
2. Anne L. Box
   Laurie L. Largent
3. Mary K. Blasy
   Julie A. Wilber
4. Coughlin Stoia Geller Rudman & Robbins LLP
   655 West Broadway, Suite 1900
5. San Diego, CA 92101