1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415-268-7000
6  Facsimile:   415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304
   Telephone:   650-813-5600
10 Facsimile:   650-494-0792

11 Attorneys for Defendant Yahoo! Inc., Terry S. Semel, Susan L. Decker, Farzad Nazem, and Daniel Rosensweig

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: YAHOO! INC.<br><br>MANFRED HACKER, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiffs,<br>          v.<br><br>YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG,<br><br>                    Defendants.<br><br>This Document Relates To:  All Actions | **CLASS ACTION**<br><br>Case No. 4:08-cv-02115-CW<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[CIVIL L.R. 3-16]** |
|---|---|

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 4:08-cv-02115-CW
sf-2508712

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, Defendants Yahoo! Inc. ("Yahoo!"), Terry S. Semel, Susan L. Decker, Farzad Nazem, and Daniel Rosensweig ("Defendants") submit this Certification of Interested Entities or Persons, so that the Court may "evaluate any need for disqualification or recusal." The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

- Old Republic Insurance Co.
- Federal Insurance Co.
- Continental Casualty Co.
- U.S. Specialty Insurance Co.
- National Union Fire Insurance Co.
- XL Insurance (Bermuda) Ltd.
- Corporate Officers & Directors Assurance Ltd.
- Capital World Investors, a division of Capital Research and Management Company

The undersigned further certifies that Yahoo!'s current directors consist of the following ten individuals:

- Roy L. Bostock
- Ronald W. Burkle
- Eric Hippeau
- Vyomesh Joshi
- Arthur H. Kern
- Robert A. Kotick
- Edward R. Kozel
- Maggie Wilderotter
- Gary L. Wilson
- Jerry Yang

The undersigned further certifies that as of this date — other than the named parties — they are unaware of any person or entity with an interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yahoo! additionally certifies that, based on filings with the United States Securities and Exchange Commission as of April 30, 2008, no publicly traded corporation has reported owning ten percent or more of Yahoo!'s stock.

Dated: April 30, 2008         MORRISON & FOERSTER LLP

By: /s/ Judson E. Lobdell [e-filing signature]
Attorneys for Defendants

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

Dated: April 30, 2008     MORRISON & FOERSTER LLP

By:/s/ Mark Foster [e-filing signature]