**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN ROSENTHAL BRODSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>YAHOO!INC., et al.,<br><br>    Defendants.<br>_____ | No. 08-02150 CW |
| MANFRED HACKER,<br><br>    Plaintiff,<br><br>  v.<br><br>YAHOO! INC., et al.,<br><br>    Defendants.<br>_____/ | No. 08-02115 CW<br><br>ORDER FOR CONSOLIDATION |

On August 20, 2007, the above-captioned cases were consolidated for purposes of pretrial and discovery proceedings by the Honorable Christina A. Snyder, United States District Court, Central District of California. Thereafter, the cases were transferred to the Northern District of California. Pursuant to Judge Snyder's Order and Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. **C-08-2150 CW, <u>Brodsky v. Yahoo!</u>** (the earliest filed case) for all proceedings before this

Court.  **All further documents shall be electronically filed in C-08-2150 CW, Brodsky v. Yahoo!.**  A Case Management Conference is set for August 5, 2008, at 2:00 p.m., in Courtroom 2, 1301 Clay Street, Oakland, CA.

This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

IT IS FURTHER ORDERED that:

There appears to be no further reason at this time to maintain C-08-2115 CW, Hacker v. Yahoo!, as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of C-08-2115 CW, Hacker v. Yahoo!, and, should further proceedings in this case become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated  5/8/08

CLAUDIA WILKEN
United States District Judge